### Columbus SHOCKLEY v. STATE.
### No. 18809.

Court of Criminal Appeals of Texas.
Nov. 25, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of the offense of bigamy, and his punishment was assessed at confinement in the state penitentiary for a term of three years.

We find in the record an affidavit in due form asking that the appeal be dismissed.

The request is granted.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Alex KEDING v. STATE.
### No. 18654.

Court of Criminal Appeals of Texas.
Dec. 9, 1936.

P. Z. Sullivan, of Bellville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile on a public road while intoxicated; the punishment, a fine of $50 and confinement in jail for 90 days.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Ex parte W. E. SINCLAIR.
### No. 18781.

Court of Criminal Appeals of Texas.
Nov. 4, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

On a hearing of a writ of habeas corpus the appellant was remanded to the custody of the sheriff of Dallas county, Tex., to be delivered by said sheriff to the duly and legally authorized agent of the state of Colorado.

We find in the record an affidavit in due form asking that the appeal be dismissed.

The request is granted.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.